**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **CHACY WILLIAMS,** | **CASE NO. 2:03-cv-887** |
| | **CRIM. NO. 2:00-cr-178** |
| Petitioner, | |
| v. | **JUDGE SMITH** |
| | **MAGISTRATE JUDGE KEMP** |
| **UNITED STATES OF AMERICA,** | |
| Respondent. | |

**OPINION AND ORDER**

On August 2, 2004, petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. §2255 was dismissed. Doc. No. 37. On August 22, 2005, petitioner filed a motion for relief judgment pursuant to Federal Rule of Civil Procedure 60(b). Doc. No. 42. On September 9, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that petitioner's motion properly be construed as a successive petition and be transferred to the United States Court of Appeals for the Sixth Circuit. Doc. No. 43.

Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Doc. No. 45. Petitioner objects to all of the Magistrate Judge's conclusions, and requests a stay of proceedings. Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed at length in the Magistrate Judge's *Report and Recommendation*, petitioner's objections are **OVERRULED.** Petitioner's request for a stay is **DENIED.**

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This case is **TRANSFERRED** to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C.

§1631 for authorization under 28 U.S.C. §2244(b)(3)(A).

**IT IS SO ORDERED.**

                \s\ George C. Smith
                GEORGE C. SMITH
               United States District Judge